RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
Heidi A. Ojeda
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Marcus Richard Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCUS RICHARD THOMAS,<br><br>        Defendant. | Case No. 2:17-cr-126-JAD-GWF<br><br>**UNOPPOSED MOTION FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT** |

**Certification**: This Motion is timely filed.

On April 19, 2017, Marcus Thomas (Mr. Thomas) was charged with Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g). The parties believe there is a possibility that the Defendant qualifies as an Armed Career Criminal based on preliminary criminal history information that the parties are presently in possession of. Whether or not the Defendant is an Armed Career Criminal will necessarily affect the outcome and disposition of the case and/or potential negotiations. Undersigned counsel is unable to definitively determine if the Defendant qualifies as an Armed Career Criminal without knowing his entire criminal history and therefore a pre-plea Presentence Investigation Report (PSR) is requested. Trial in this matter is set for June 20, 2017, but the parties anticipate filing a stipulation to continue the trial dates.

For these reasons, Mr. Thomas respectfully request that a pre-plea PSR be conducted in this matter.

DATED this 2nd day of June, 2017.

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

*/s/ Heidi A. Ojeda*
By_____
HEIDI A. OJEDA
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-126-JAD-GWF |
| Plaintiff, | ORDER |
| v. | |
| MARCUS RICHARD THOMAS, | |
| Defendant. | |

Before the Court is the defendant's Unopposed Motion for a Pre-Plea Presentence Investigation Report (ECF No. 15).

IT IS HERBY ORDERED that the Probation Department prepare a Pre-Plea Presentence Investigation Report for Marcus Richard Thomas.

DATED this 5th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE