RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Marcus Richard Thomas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS RICHARD THOMAS,<br><br>　　　　　Defendant. | Case No. 2:17-cr-126-JAD-GWF<br><br>**STIPULATION TO ADVANCE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Marcus Richard Thomas, that the Sentencing hearing currently scheduled for March 19, 2018 at 9:00 am, be vacated and advanced to the first available date and time convenient to this Court.

1. The Presentence Investigation Report has been disclosed and there are no objections from either party.

2. The defendant is in custody and agrees with the need for the advancement.

3. The parties agree to the advancement.

This is the first request for an advancement of the sentencing hearing.

DATED this 16th day of February, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARCUS RICHARD THOMAS,<br><br>　　　　Defendant. | Case No. 2:17-cr-126-JAD-GWF<br><br>ORDER |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 19, 2018 at 9:00 a.m., be vacated and advanced to February 22, 2018 at the hour of 2:00 p.m.

　　DATED: 2/20/2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE