UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:17-cr-00126-JAD-GWF |
| Plaintiff | |
| v. | **Order Denying Motion for Copies** |
| Marcus Richard Thomas, | [ECF No. 46] |
| Defendant | |

Defendant Marcus Richard Thomas pled guilty to possession of a stolen firearm and is serving a 110-month sentence.[1]  Thomas moves this court to send him copies of his plea agreement, judgment, and the docket report because he has heard "that gun sentencing laws have changed through the Supreme Court and may have an effect on [his] case."[2]

An inmate has no constitutional right to free photocopying.[3]  A prisoner-litigant who wants copies of electronically filed documents from the court must pay $0.10 per page to receive them.[4]  Because the court does not provide free copies of documents in the docket, IT IS HEREBY ORDERED that Thomas's motion for copies of his plea agreement, judgment, and docket report **[ECF No. 46] is DENIED.**  The Clerk of Court is directed to SEND a copy of this order to Thomas's attorney Heidi Ojeda, Esq., so that she can reach out to Thomas about his concerns.

_____
U.S. District Judge Jennifer A. Dorsey
May 1, 2024

---

[1] ECF No. 41.

[2] ECF No. 46.

[3] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[4] Nev. L.R. IC 1-1(i)(5); 28 U.S.C. § 1914.